1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  DEREK R. OWENS (CABN 230237)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6488
7     Fax: (415) 436-7234

8  Attorneys for Plaintiff

**FILED**

MAY 2 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 3-05-70807 |
| Plaintiff, ) | |
| v. ) | MOTION AND [PROPOSED] ORDER TO DISMISS COMPLAINT AND WARRANT |
| ABEL GUERRO-MENDOZA, ) | |
| Defendant. ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Northern District of California hereby dismisses the captioned Complaint and arrest warrant against the defendant, Abel Guerro-Mendoza, without prejudice.

DATED: 5/17/06

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

DEREK R. OWENS
Special Assistant United States Attorney

//

DISMISSAL OF COMPLAINT
CR 3-05-70807

1  Leave of court is granted to file the foregoing dismissal without prejudice.

2

3  DATED: 5-18-06

4                                                           JAMES LARSON
                                                            United States Magistrate Judge

DISMISSAL OF COMPLAINT
CR 3-05-70807