| | |
|---|---|
| 1 | KEVIN V. RYAN (CABN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CABN 138549)<br>Chief, Criminal Division |
| 4 | DEREK R. OWENS (CABN 230237)<br>Special Assistant United States Attorney |

FILED
06 MAY 24 AM 10: 43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6488
Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 3-05-70807 |
| Plaintiff, | ) | |
| v. | ) | MOTION AND [~~PROPOSED~~] ORDER TO DISMISS COMPLAINT AND WARRANT |
| ABEL GUERRO-MENDOZA, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Northern District of California hereby dismisses the captioned Complaint and arrest warrant against the defendant, Abel Guerro-Mendoza, without prejudice.

DATED: 5/23/06

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_[signature]_

DEREK R. OWENS
Special Assistant United States Attorney

//

DISMISSAL OF COMPLAINT
CR 3-05-70807

1 | Leave of court is granted to file the foregoing dismissal without prejudice.
2 |
3 |
4 | DATED: 5-23-06
5 |
  | JAMES LARSON
  | United States Magistrate Judge

DISMISSAL OF COMPLAINT
CR 3-05-70807